| | |
|---|---|
| JASON PAUL LEGARE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CRYER, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:18-cv-01474-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 3)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　　Plaintiff Jason Paul Legare ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 24, 2018, (ECF No. 1), together with a motion requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 3). Plaintiff's prisoner trust fund account statement was filed on October 30, 2018. (ECF No. 8.)

　　　　Plaintiff's application is incomplete. Although Plaintiff has signed and dated the form and submitted a certified copy of his trust account statement, Plaintiff has only answered Question 1 on the application. Plaintiff must submit a completed form if he wishes for the application to be considered. Plaintiff is **not** required to submit a new copy of his trust account statement.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank in forma pauperis application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **November 1, 2018**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE