# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAUL LEGARE,<br><br>              Plaintiff,<br><br>   v.<br><br>CRYER, *et al.*,<br><br>             Defendants. | Case No. 1:18-cv-01474-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 20) |

Plaintiff Jason Paul Legare ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2019, the assigned Magistrate Judge issued findings and recommendations recommending dismissal of this action for failure to state a claim upon which relief may be granted. (ECF No. 20.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 7.) Following an extension of time, Plaintiff timely filed objections on December 16, 2019. (ECF No. 23.)

The Court finds that Plaintiff's objections fail to cure the deficiencies identified in the Magistrate Judge's findings and recommendations. Despite being provided the relevant legal standards, Plaintiff's objections generally restate the same conclusory allegations and arguments

1

that the Magistrate Judge found insufficient to state any cognizable claims against the named defendants.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 19, 2019, (ECF No. 20), are adopted in full;
2. This action is dismissed, with prejudice, due to Plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 18, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE